Aloysius M. Carroll, Appellee, v. Thomas J. Friel and Charles C. Renshaw, Trustees, Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,824.

opinion filed June 25, 1947; rehearing denied July 17, 1947; released for publication July 18, 1947. James O. Dwight, W. F. McLaughlin and Arthur J. Donovan, for appellants; William J. Flaherty and William S. Allen, of counsel; James A. Dooley, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.